(88 South. 218)

## DOWLING, Health Officer, v. GLASS.
### (6 Div. 822.)

(Court of Appeals of Alabama.  Jan. 18, 1921.)

Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge.

Habeas corpus proceedings by Dora Glass to secure her discharge from quarantine, in which she was detained by Dr. J. D. Dowling, Health Officer. From an order discharging the petitioner, the City of Birmingham appeals. Reversed and remanded.

Fred G. Moore and G. L. Bailes, both of Birmingham, and J. J. Mayfield and Henry C. Meader, both of Montgomery, for appellant.

Thomas Dozier, of Birmingham, for appellee.

MERRITT, J.  The facts in this case, and the questions raised, appear to be the same as in the case of Dr. J. D. Dowling v. Gladis Harden, decided January 11, 1921, ante, p. 63, 88 South. 217, on the authority of which the instant case is reversed and remanded.

Reversed and remanded.